FRANK JELINEK, PLAINTIFF-RESPONDENT, v. THE PENN-
SYLVANIA RAILROAD COMPANY, DEFENDANT-PETI-
·TIONER.

See same case below: 13 *N. J. Super*. 130.

*Messrs. Strong & Strong*, for the petitioner.

*Messrs. Rafferty & Blacher*, for the respondent.

September 10, 1951.   Granted.

FRED C. EHNES, PLAINTIFF-PETITIONER, v. PHILIP J.
WELDON, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 13 *N. J. Super*. 23.

*Messrs. Osborne, Cornish & Scheck* and *Mr. Harry
Schaffer*, for the petitioner.

September 10, 1951.   Denied.